**DENIED**
*James Ware*
Judge James Ware

1  JOSEPH L. STRABALA, ESQ. SBN 34832
   LAW OFFICES OF JOSEPH L. STRABALA
2  One Embarcadero Center, Suite 1020
   San Francisco, CA 94111
3  Telephone: (415) 981-8083
   Fax Number (415) 398-9663
4
5  Attorney for Defendants Jianfeng "Jeff" Chen and Amedica Biotech, Inc.

6              UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                    SAN JOSE DIVISION

9
10 | EXPRESS DIAGNOSTICS INT. Inc,        | No.  06 1346 JW (PVT)
   | an Iowa Corporation                  |
11 |                                      |
   |              Plaintiff,              |
12 |                                      |
   |     vs                               |
13 | Barry M. Tyding, an Individual; Merina T. |
   | Kisera, an Individual, Zyon International, |
14 | Inc. a Nevada Corporation; Premium   |
   | Diagnostics Int'l Inc., a Nevada Corporation; |
15 | James G. Hipple II, an Individual; Drug Free |
   | Workplace Administrators, Inc., a Nevada |
16 | Corporation; Jianfeng "Jeff" Chen, an |
   | Individual, Amedica Biotech, Inc.; a |
17 | California Corporation; Patrick A. Beentjes, |
   | an Individual; Twin Spirit, Inc., a Nevada | APPLICATION FOR ORDER
18 | Corporation, Steven Alan Speares,    |
   | an Individual, and Spears Medical, Inc., | SHORTING TIME & PROPOSED
19 | a So. Carolina Corporation            |
   | and Does 1-50                        | ORDER
20 |                                      |
   |              Defendants              |
21

22
23     **TO HONORABLE JAMES WARE:**

24         Defendants    Jianfeng "Jeff" Chen and Amedica Biotech, Inc.  make this Application for an
25 Order Shorting Time to hear their motion for to Transfer or Dismiss. In support of the Applicants  show
   to this Honorable Court as follows:
26
       1.     Defendants Beentjes and Twin Spirits have a motion to Transfer or Dismiss [Beentjes
27
28
   APPLICATION FOR AN ORDER SHORTING TIME TO HERE MOTION TO TRANSFER AND
   OR  DISMISS                                                                    Page 1

1  Motion] calendared for September 18, 2006 before this Court.

2. The relief sought by the Beentjes Motion is the same as the relief sought by the Applicants' motion.

3. Applicants filed their motion on August 23, 2006 and served it electronically on the plaintiff.

4. Plaintiff has not yet responded to the Beentjes Motion.

5. Since there are common issues of law and fact in the Beentjes Motion and the Applicants' motion, judicial economy occurs if the two motion are heard together on September 18, 2006.

6. Applicants' Motion is not calendared in accordance with the current Local Rules requiring 35 days –it being 9 days short of the 35 day requirement.

6. Under the circumstances plaintiff will not be prejudiced in responding to both motions simultaneously.

7. The alternative is to reset both motions to a later date.

Dated: August 25, 2006

                                   Respectfully Submitted

                                   /s/ Joseph L. Strabala

                                   Joseph L. Strabala
                                   Attorney for Applicants Defendants Chen & Amedica

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 6 | SAN JOSE DIVISION |

| | | |
|---|---|---|
| 7 | EXPRESS DIAGNOSTICS INT. Inc, | No. 06 1346 JW (PVT) |
| 8 | an Iowa Corporation | |
| 9 | Plaintiff, | |
| 10 | vs | |
| 11 | Barry M. Tyding, an Individual; Merina T. Kisera, an Individual, Zyon International, Inc. a Nevada Corporation; Premium Diagnostics Int'l Inc., a Nevada Corporation; James G. Hipple II, an Individual; Drug Free Workplace Administrators, Inc., a Nevada Corporation; Jianfeng "Jeff" Chen, an Individual, Amedica Biotech, Inc.; a California Corporation; Patrick A. Beentjes, an Individual; Twin Spirit, Inc., a Nevada Corporation, Steven Alan Speares, an Individual, and Spears Medical, Inc., a So. Carolina Corporation and Does 1-50 | (Proposed) ORDER SHORTING TIME FOR HEARING ON MOTION TO TRANSFER OR DISMISS |
| | Defendants | |

22  ON APPLICATION of Defendants Jeff Chen and Amedica Biotech Inc. for an order shorting

23  time for a hearing on their motion to Transfer and/or Dismiss filed and served on August 23, 2006, good

24  cause existing:

26  **IT IS HEREBY ORDERED**

27  1. The time for hearing Defendants Jeff Chen and Amedica Biotech Inc. Motion to Transfer

28  and/or Dismiss is shortened by 9 days and is calendared for hearing on September 18, 2006 to be heard

ORDER SHORTING TIME FOR HEARING ON MOTION TO TRANSFER OR DISMISS

with the motion of defendants Beentjes and Twin Spirits, Inc. to Transfer or Dismiss, now calendared for September 18, 2006

Date:   August __, 2006

_____
James Ware
United States District Judge for the
Northern District of California

ORDER SHORTING TIME FOR HEARING ON MOTION TO TRANSFER OR DISMISS