**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN JOSE DIVISION

10   Express Diagnostics Int'l. Inc., et al.,              NO. C 06-01346 JW

11              Plaintiffs,                    **ORDER CONTINUING CASE**
                                              **MANAGEMENT CONFERENCE**
        v.
12
     Barry M. Tydings, et al.,
13
                Defendants.
14   _____/

15        The Court continues the case management conference currently scheduled for September 25,

16   2006 to **October 2, 2006 at 10 a.m.** to coincide with the hearing on Defendants' motions.  Please

17   note that the hearing is conducted at the 9 a.m. calendar and the conference is at the 10 a.m.

18   calendar.

19

20   Dated: September 12, 2006

                                              JAMES WARE
21                                            United States District Judge

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joanna R. Mendoza jrm@malovoslaw.com
Joseph L. Strabala legal@quantumsi.com
Martin H. Orlick mho@jmbm.com
Richard A. Nebb rnebb@vierramagen.com
William N. Woodson wwood44299@aol.com

**Dated: September 12, 2006**                    **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**

**United States District Court**
For the Northern District of California