JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA  95864
(916) 974-8600
(916) 974-8608 FAX
jrm@malovoslaw.com

Attorneys for Plaintiff
EXPRESS DIAGNOSTICS INT'L, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS DIAGNOSTICS INT'L INC., an Iowa Corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>BARRY M. TYDINGS, an individual; MERINA T. KISERA, an individual; ZYON INT'L, INC. a Nevada corporation; PREMIUM DIAGNOSTICS INT'L, INC., a Nevada corporation; JAMES G. HIPPLE II, an individual; DRUG-FREE WORKPLACE ADMINISTRATORS, INC., a Nevada Corporation; JIANFENG "JEFF" CHEN, an individual; AMEDICA BIOTECH, INC., a California corporation; PATRICK A. BEENTJES, an individual; ELIZABETH R. BEENTJES, an individual; TWIN SPIRIT, INC., a Nevada corporation; STEVEN ALAN SPEARES, an individual; and SPEARES MEDICAL, INC., a South Carolina corporation, and DOES 1 – 50, inclusive,<br><br>            Defendants. | CASE NO.  C 06-1346 JW (PVT)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE LATE OPPOSITION BRIEFS TO PENDING MOTIONS |

The Court has considered Plaintiff's application, pursuant to Rule 6(b), for leave to file opposition briefs after the deadline for doing so has passed, to the following motions:

1)  Motion to Transfer and or Dismiss filed by Defendants Chen and Amedica;

2)  Motion for Change of Venue [28 U.S.C. section 1404(a)] and for *forum non*

1  *conveniens* filed by Defendants Beentjes and Twin Spirit*;* and

2      3)  Motion to Enforce Terms of Settlement Agreement filed by Defendants Beentjes
3  and Twin Spirit.

4      GOOD CAUSE having been found by the Court due to excusable neglect caused by
5  circumstances beyond the control of Plaintiff EDI or its counsel,

6      IT IS HEREBY ORDERED that Plaintiff's oppositions to said motions shall be
7  accepted for filing no later than September __19__, 2006.

16  DATED:  September __14__, 2006

17  _____
    HON. JAMES WARE
18  UNITED STATES DISTRICT COURT

2
ORDER on Ex Parte Application