William N. Woodson, III SBN 73224
Joe L. Allen SBN 237157
WOODSON & ALLEN, LLP
41669 Date St., Ste 200
Murrieta, CA 92562
(951) 698-1122
(951) 894-2246 Fax

Attorneys for Defendants
Patrick Beentjes, Elizabeth Beentjes, and Twin Spirit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| EXPRESS DIAGNOSTICS, INC., an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY M. TYDINGS, an individual; MERINA KISERA, an individual; ZYON INT'L, INC. a Nevada coroporation; PREMIUM DIAGNOSTICS INT'L, INC., a Nevada corporation; JAMES G. HIPPLE II, an individual; DRUG-FREE WORKPLACE ADMINISTRATORS, INC., a Nevada corporation; JIANFENG "JEFF" CHEN, an individual; AMEDICA BIOTECH, INC., a California corporation; PATRICK A. BEENTJES, an individual; ELIZABETH R. BEENTJES, an individual; TWIN SPIRIT, INC., a Nevada corporation; STEVEN ALAN SPEARES, an individual; and SPEARES MEDICAL, INC., a South Carolina corporation, and DOES 1-50, inclusive,<br><br>Defendants | Case No.: C 06 1346 JW (PVT)<br><br>**JOINT STIPULATION OF THE PARTIES FOR DEFENDANTS PATRICK BEENTJES, ELIZABETH BEENTJES, AND TWIN SPIRIT, INC. TO FILE AMENDED ANSWER TO COMPLAINT**<br><br>Hon.       JAMES WARE<br>DEPT.      8<br>Trial Date: NOT SET |

1  The Plaintiff EXPRESS DIAGNOSTICS, INC., an Iowa Corporation, and Defendants
2  Patrick Beentjes, Elizabeth Beentjes and Twin Spirit, Inc., (Defendants) by and through their
3  undersigned counsel, hereby stipulate and agree that Defendants may file an amended Answer to
4  Plaintiff's Complaint. The parties have reached this agreement as there were inadvertent clerical
5  errors in Defendant's original Answer.

7  IT IS SO STIPULATED.

Dated this 28 day of September, 2006

*(signature)*
William N. Woodson, III,
Joe L. Allen
Woodson & Allen, LLP
Attorney(s) for Defendants,
Patrick Beentjes, Elizabeth
Beentjes, and Twin Spirit, Inc.

Dated this 27th day of September, 2006

*(signature)*
Joanna Mendoza
Malovos & Mendoza, LLP
Attorney for Plaintiff
Express Diagnostics, Inc.

ORDER

Based upon the Joint Stipulation of the parties in the above captioned case the stipulation is approved.

DATE: 10/02/06    By: *(signature)* James Ware
                Judge of United States District Court

JOINT STIPULATION TO FILE AMENDED ANSWER TO COMPLAINT
- 2 -