IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Express Diagnostics Int'l, Inc., | NO. C 06-01346 JW |
| Plaintiff, <br> v. | **ORDER VACATING HEARING ON MOTIONS** |
| Barry M. Tydings, et al., | |
| Defendants. | |

The Court deems it appropriate to take the following motions under submission without oral arguments. See Civ. L. R. Rule 7-1(b).

    a.    Defendants P. Beentjes, E. Beentjes, and Twin's Motion to Transfer Case to Southern District Court.
    b.    Defendants Chen and Amedica's Motion to Transfer Case and or Dismiss.
    c.    Defendants Zyon, Tydings, and Kisera's Motion to Change Venue.
    d.    Defendants P. Beentjes, E. Beentjes, and Twin's Motion to Enforce Terms of the Settlement.

Accordingly, the hearing currently scheduled for October 23, 2006 is VACATED. The Court also VACATES the case management conference scheduled on the same day. The Court will schedule a new date for a case management conference in its order on the motions.

Dated: October 18, 2006

                                                      JAMES WARE
                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joanna R. Mendoza jrm@malovoslaw.com
Joseph L. Strabala legal@quantumsi.com
Martin H. Orlick mho@jmbm.com
Richard A. Nebb rnebb@vierramagen.com
William N. Woodson wnw@woodsonallen.com

**Dated: October 18, 2006**                                **Richard W. Wieking, Clerk**


                                                           **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California