United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Express Diagnostics Int'l, Inc., | NO. C 06-01346 JW |
| Plaintiff, v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Barry Tydings, et al., | |
| Defendants. | |

On April 23, 2007, the Court conducted a case management conference. The Court set an evidentiary hearing regarding the Beentjes Defendants' Motion to Enforce Terms of Settlement (Docket Item No. 35) for:

**May 30, 2007, at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM**

**May 31, 2007, at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM**

By **May 16, 2007,** the moving Defendants shall file a statement of facts and chronology of events and communications related to the disputed settlement agreement. All exhibits Defendants intend to present at the hearing should be submitted in a tabbed binder, and identified in the chronology. By **May 23, 2007,** Plaintiff will file any supplemental statement of facts, chronology, and any additional exhibits for the hearing in similar fashion. Should the Court require supplemental briefing on any legal issue raised by Defendants' Motion, it will issue an order requesting such briefing following the hearing.

Dated: May 1, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joanna R. Mendoza jrm@malovoslaw.com
Joseph L. Strabala legal@quantumsi.com
Martin H. Orlick mho@jmbm.com
Richard A. Nebb rnebb@vierramagen.com
William N. Woodson wnw@woodsonallen.com

**Dated:  May 1, 2007**                              **Richard W. Wieking, Clerk**

                                          **By:  /s/JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California