UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EXPRESS DIAGNOSTICS INT'L, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>BARRY M. TYDING, et al.,<br><br>          Defendants. | Case No.: C 06-1346 JW (PVT)<br><br>**INTERIM ORDER RE MOTION TO COMPEL FILED BY DEFENDANTS CHEN AND AMEDICA BIOTECH, INC.** |

On November 16, 2007, Defendants Chen and Amedica Biotech, Inc. filed a motion to compel.[1]  Having reviewed the moving papers, the court finds it appropriate to issue this interim order.  Based on the moving papers,

IT IS HEREBY ORDERED that Plaintiff shall file its opposition papers no later than December 4, 2007.  In its opposition Plaintiff shall explain why it asserted Rule 26(d) objections to the moving Defendants' discovery, in light of the August 13, 2007 Scheduling Order which expressly adopted the parties' discovery plan, ordered the parties to comply with the plan, and set a discovery cutoff.

Dated: *11/27/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*