William N. Woodson, III SBN 73224
Faunce, Sanger, Oatman & Woodson, LLP
315 N. Vine Street
Fallbrook, CA 92028
(760) 451-7377
(760) 451-7388 Fax

Attorneys for Defendants
Patrick Beentjes, Elizabeth Beentjes, Twin Spirit, Inc.

*DENIED*
*Judge James Ware*
5/29/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| EXPRESS DIAGNOSTICS, INC., an Iowa Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BARRY M. TYDINGS, an individual; MERINA KISERA, an individual; ZYON INT'L, INC. a Nevada coroporation; PREMIUM DIAGNOSTICS INT'L, INC., a Nevada corporation; JAMES G. HIPPLE II, an individual; DRUG-FREE WORKPLACE ADMINISTRATORS, INC., a Nevada corporation; JIANFENG "JEFF" CHEN, an individual; AMEDICA BIOTECH, INC., a California corporation; PATRICK A. BEENTJES, an individual; ELIZABETH R. BEENTJES, an individual; TWIN SPIRIT, INC., a Nevada corporation; STEVEN ALAN SPEARES, an individual; and SPEARES MEDICAL, INC., a South Carolina corporation, and DOES 1-50, inclusive, <br><br> Defendants | Case No.: C 06 1346 JW (PVT) <br><br> **EX PARTE REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date: June 16, 2008 <br> Time: 10:00 a.m. <br> Dept.: 8 <br> Hon.: JAMES WARE |

REQUEST TO APPEAR TELEPHONICALLY AT CMC

-1-

1  DEFENDANTS PATRICK BEENTJES, ELIZABETH BEENTJES, and TWIN, SPIRIT,
2  INC., HEREBY REQUEST PERMISSION to appear telephonically at the Case Management
3  Conference currently set for June 16, 2008 at 10:00 a.m. in Department 8 of the U.S. District
4  Court.

FAUNCE, SINGER, OATMAN & WOODSON

Dated: 5/29/2008

*William N. Woodson* 
By William N. Woodson, III.

## ORDER

The Defendant's request to appear telephonically on June 16, 2008 is **DENIED**. The Court's equipment is unable to facilitate requests telephonic appearances. The parties are to appear for the scheduled hearing unless further ordered by the Court.

Date: May 29, 2008

*James Ware*

Honorable James Ware
Judge of the Northern District Court