IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Express Diagnostics Int'l, Inc., | NO. C 06-01346 JW |
|       Plaintiff,<br>  v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| Barry Tydings, et al., | |
|       Defendants. | |

This case was scheduled for a Preliminary Pretrial Conference on February 9, 2009. In light of the Beentjes Defendants' pending Motion for Summary Judgment, the Court continues the conference to **February 23, 2009 at 10 a.m.**, to coincide with the hearing at 9 a.m. The parties shall be prepared to discuss the issues raised in the parties' January 30, 2009 Joint Case Management Statement, including any need for additional discovery, at the February 23, 2009 Conference.

Dated: February 5, 2009

                                        JAMES WARE<br>                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joanna R. Mendoza jmendoza@theiplawfirm.com
Joseph Lawrence Strabala legal@quantumsi.com
Martin H. Orlick mho@jmbm.com
Richard Allen Nebb rnebb@vierramagen.com
William N. Woodson wnw@fsowlaw.com

**Dated: February 5, 2009**                          **Richard W. Wieking, Clerk**

                                                                          **By:    /s/ JW Chambers**
                                                                                  **Elizabeth Garcia**
                                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California