*IT IS SO ORDERED*
*Judge James Ware*
4/30/2009

1  JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
   LAW OFFICE OF JOANNA R. MENDOZA, P.C.
2  P.O. Box 2593
   Granite Bay, CA  95746
3  (916) 781-7600
   (916) 781-7601 FAX
4  jmendoza@theiplawfirm.com

5

   Attorneys for Plaintiff and Counter-defendant
6  EXPRESS DIAGNOSTICS INT'L, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 EXPRESS DIAGNOSTICS INT'L, INC., an    ) CASE NO.  C 06-1346 JW (PVT)
   Iowa Corporation,                      )
12                                        )
                   Plaintiff,             ) **STIPULATION OF DISMISSAL**
13                                        ) **OF DEFENDANTS JIANFENG**
       vs.                                ) **"JEFF" CHEN AND AMEDICA**
14                                        ) **BIOTECH, INC.**
   BARRY M. TYDINGS, an individual;       )
15 MERINA T. KISERA, an individual; ZYON  )
   INT'L, INC. a Nevada corporation; PREMIUM )
16 DIAGNOSTICS INT'L, INC., a Nevada      )
   corporation; JAMES G. HIPPLE II, an    )
17 individual; DRUG-FREE WORKPLACE        )
   ADMINISTRATORS, INC., a Nevada         )
18 Corporation; JIANFENG "JEFF" CHEN, an  )
   individual; AMEDICA BIOTECH, INC., a   )
19 California corporation; PATRICK A.     )
   BEENTJES, an individual; ELIZABETH R.  )
20 BEENTJES, an individual; TWIN SPIRIT,  )
   INC., a Nevada corporation; STEVEN ALAN )
21 SPEARES, an individual; and SPEARES    )
   MEDICAL, INC., a South Carolina corporation,)
22 and DOES 1 – 50, inclusive,            )
                                          )
23                 Defendants.            )
   _____)
24

25 / / /

26 / / /

27 / / /

28 / / /

                                          1
           STIPULATION OF DISMISSAL OF DEFENDANTS AMEDICA AND CHEN

1  IT IS HEREBY STIPULATED between the plaintiff and Counter-defendant, EXPRESS DIAGNOSTICS INT'L, INC., and defendants JIANFENG "JEFF" CHEN, an individual, and AMEDICA BIOTECH, INC., a California corporation, by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure §41(a)(1), as to these defendants only, following and pursuant to a settlement agreement reached between these parties in this action.

So stipulated.

DATED: March 31, 2009          LAW OFFICES OF JOANNA R. MENDOZA, P.C.

          /s/ Joanna R. Mendoza
          JOANNA R. MENDOZA
          Attorney for Plaintiff and Counter-defendant
          EXPRESS DIAGNOSTICS INT'L, INC.

DATED: March 31, 2009          LAW OFFICES OF JOSEPH L. STRABALA

          /s/ Joseph L. Strabala
          JOSEPH L. STRABALA
          Attorney for Defendants JIANFENG "JEFF" CHEN and AMEDICA BIOTECH, INC.

**IT IS SO ORDERED:**

The Clerk shall terminate defendants from the docket.

Dated: April 30, 2009          _____
          United States District Judge