1  JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
   LAW OFFICE OF JOANNA R. MENDOZA, P.C.
2  P.O. Box 2593
   Granite Bay, CA  95746
3  (916) 781-7600
   (916) 781-7601 FAX
4  jmendoza@theiplawfirm.com

5

   Attorneys for Plaintiff and Counter-defendant
6  EXPRESS DIAGNOSTICS INT'L, INC.

**IT IS SO ORDERED**
*James Ware*
Judge James Ware
4/30/2009

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | EXPRESS DIAGNOSTICS INT'L, INC., an Iowa Corporation, | ) CASE NO.  C 06-1346 JW (PVT)
12 |                                                      | )
   |                         Plaintiff,                   | ) **STIPULATION OF DISMISSAL**
13 |                                                      | ) **OF COUNTER CLAIM AGAINST**
   |   vs.                                                | ) **PLAINTIFF EXPRESS**
14 |                                                      | ) **DIAGNOSITICS INTERNATIONAL,**
   | BARRY M. TYDINGS, an individual;                     | ) **INC.  WITH PREJUDICE**
15 | MERINA T. KISERA, an individual; ZYON                | )
   | INT'L, INC. a Nevada corporation; PREMIUM            | )
16 | DIAGNOSTICS INT'L, INC., a Nevada                    |
   | corporation; JAMES G. HIPPLE II, an                  |
17 | individual; DRUG-FREE WORKPLACE                      |
   | ADMINISTRATORS, INC., a Nevada                       |
18 | Corporation; JIANFENG "JEFF" CHEN, an                |
   | individual; AMEDICA BIOTECH, INC., a                 |
19 | California corporation; PATRICK A.                   |
   | BEENTJES, an individual; ELIZABETH R.                |
20 | BEENTJES, an individual; TWIN SPIRIT,                |
   | INC., a Nevada corporation; STEVEN ALAN              |
21 | SPEARES, an individual; and SPEARES                  |
   | MEDICAL, INC., a South Carolina corporation,         |
22 | and DOES 1 – 50, inclusive,                          |

23                    Defendants.
   _____
24

25   And Related Actions

26   _____

27   / / /

28

                                    1
STIPULATION OF DISMISSAL OF AMEDICA'S COUNTER CLAIM AGAINST PLAINTIFF AND COUNTER
       DEFENDANT EXPRESS DIAGNOSTICS INTERNATIONAL, INC. WITH PREJUDCICE

1   IT IS HEREBY STIPULATED between the plaintiff and Counter-defendant, EXPRESS DIAGNOSTICS INT'L, INC., an Iowa Corporation, and Counter Claimant AMEDICA BIOTECH, INC., a California corporation, by and through their designated counsel, that the Counter Claim against EXPRESS DIAGNOSTICS INTERNATIONAL, INC. in the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure §41(a)(1), as to this counter defendant only, following and pursuant to a settlement agreement reached between these parties in this action.

So stipulated.

DATED: April 1, 2009                    LAW OFFICES OF JOANNA R. MENDOZA, P.C.


__/s/ Joanna R. Mendoza_____
JOANNA R. MENDOZA
Attorney for Plaintiff and Counter-defendant
EXPRESS DIAGNOSTICS INT'L, INC.


DATED: April 1, 2009                    LAW OFFICES OF JOSEPH L. STRABALA


__/s/ Joseph L. Strabala_____
JOSEPH L. STRABALA
Attorney for Defendants JIANFENG "JEFF" CHEN and AMEDICA BIOTECH, INC.