JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICE OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA 95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiff
EXPRESS DIAGNOSTICS INT'L, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS DIAGNOSTICS INT'L, INC., an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY M. TYDINGS, an individual; MERINA T. KISERA, an individual; ZYON INT'L, INC. a Nevada corporation; PREMIUM DIAGNOSTICS INT'L, INC., a Nevada corporation; JAMES G. HIPPLE II, an individual; DRUG-FREE WORKPLACE ADMINISTRATORS, INC., a Nevada Corporation; JIANFENG "JEFF" CHEN, an individual; AMEDICA BIOTECH, INC., a California corporation; PATRICK A. BEENTJES, an individual; ELIZABETH R. BEENTJES, an individual; TWIN SPIRIT, INC., a Nevada corporation; STEVEN ALAN SPEARES, an individual; and SPEARES MEDICAL, INC., a South Carolina corporation, and DOES 1 – 50, inclusive,<br><br>Defendants. | CASE NO. C 06-1346 JW (PVT)<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS PATRICK AND ELIZABETH BEENTJES AND TWIN SPIRIT, INC.** |

///

///

///

///

1
STIPULATION OF DISMISSAL OF DEFENDANTS BEENTJES AND TWIN SPIRIT

IT IS HEREBY STIPULATED between the plaintiff, EXPRESS DIAGNOSTICS INT'L, INC., and defendants PATRICK BEENTJES, ELIZABETH BEENTJES, and TWIN SPIRIT, INC., a California corporation, by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure §41(a)(1), as to these defendants only, following and pursuant to a settlement agreement reached between these parties in this action.

So stipulated.

DATED: May 26, 2009             LAW OFFICES OF JOANNA R. MENDOZA, P.C.


                                /s/ Joanna R. Mendoza
                                JOANNA R. MENDOZA
                                Attorney for Plaintiff
                                EXPRESS DIAGNOSTICS INT'L, INC.


DATED: May 26, 2009             FAUNCE, SANGER, OATMAN & WOODSON, LLP


                                /s/ William N. Woodson, III
                                WILLIAM N. WOODSON, III
                                Attorney for Defendants PATRICK BEENTJES,
                                ELIZABETH BEENTJES and TWIN SPIRIT, INC.


**ORDER**

IT IS SO ORDERED. In light of these recent Stipulated Dismissals, on or before **June 25, 2009**, Plaintiff shall submit a Status Report re: remaining Defendants and claims to be trial.

DATED: June 11, 2009

                                HONORABLE JAMES WARE

2
STIPULATION OF DISMISSAL OF DEFENDANTS BEENTJES AND TWIN SPIRIT