| | |
|---|---|
| 1 | JOANNA R. MENDOZA, (Cal. State Bar No. 148320) |
| 2 | LAW OFFICE OF JOANNA R. MENDOZA, P.C.<br>P.O. Box 2593 |
| 3 | Granite Bay, CA  95746<br>(916) 781-7600 |
| 4 | (916) 781-7601 FAX<br>jmendoza@theiplawfirm.com |
| 5 | |
| 6 | Attorneys for Plaintiff<br>EXPRESS DIAGNOSTICS INT'L, INC. |

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EXPRESS DIAGNOSTICS INT'L, INC., an Iowa Corporation, | ) | CASE NO.  C 06-1346 JW (PVT) |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL OF DEFENDANTS BARRY M. TYDINGS, MERINA T. KISERA, ZYON INT'L, INC., AND PREMIUM DIAGNOSTICS INT'L, INC. ; [PROPOSED] ORDER** |
| vs. | ) | |
| | ) | |
| BARRY M. TYDINGS, an individual; MERINA T. KISERA, an individual; ZYON INT'L, INC. a Nevada corporation; PREMIUM DIAGNOSTICS INT'L, INC., a Nevada corporation; JAMES G. HIPPLE II, an individual; DRUG-FREE WORKPLACE ADMINISTRATORS, INC., a Nevada Corporation; JIANFENG "JEFF" CHEN, an individual; AMEDICA BIOTECH, INC., a California corporation; PATRICK A. BEENTJES, an individual; ELIZABETH R. BEENTJES, an individual; TWIN SPIRIT, INC., a Nevada corporation; STEVEN ALAN SPEARES, an individual; and SPEARES MEDICAL, INC., a South Carolina corporation, and DOES 1 – 50, inclusive, | ) | |
| Defendants. | ) | |

/ / /

/ / /

/ / /

/ / /

1
STIPULATION OF DISMISSAL OF REMAINING DEFENDANTS

IT IS HEREBY STIPULATED between the plaintiff, EXPRESS DIAGNOSTICS INT'L, INC., through its counsel of record, and defendants BARRY M. TYDINGS, MERINA T. KISERA, ZYON INT'L, INC., and PREMIUM DIAGNOSTICS INT'L, INC., that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure §41(a)(1), as to these remaining defendants, each party to bear their own costs and fees.

So stipulated.

DATED: February 9, 2010          LAW OFFICES OF JOANNA R. MENDOZA, P.C.

/s/ Joanna R. Mendoza
JOANNA R. MENDOZA
Attorney for Plaintiff
EXPRESS DIAGNOSTICS INT'L, INC.

DATED: February 11, 2010

BARRY M. TYDINGS
Individually and on behalf of ZYON INT'L, INC.

DATED: February 11, 2010

MERINA T. KISERA
Individually and on behalf of PREMIUM DIAGNOSTICS INT'L, INC.

[PROPOSED]

**ORDER**

Since all of the Defendants have been dismissed, the Clerk shall close this file.

IT IS SO ORDERED.

DATED: February 16, 2010

HONORABLE JAMES WARE